# Court of Appeals
# of the State of Georgia

ATLANTA,___August 11, 2014___

*The Court of Appeals hereby passes the following order:*

**A14D0442. HONG SEOP CHAE v. THE STATE.**

Hong Seop Chae seeks appellate review of the trial court's order denying his "Pro Se Motion to Modify Void Portion of Said Charge(s)." The trial court entered its order on May 8, 2014, and Chae filed his application for discretionary appeal on July 10, 2014. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Chae filed his application 63 days after entry of the order he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,_08/11/2014_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*